# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.        **CASE NO.** 12-10137-MLB

**PONCIANO MUNOZ-MERAZ, and**
**JUSTIN R. TROTTER,**

    **Defendants.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT ONE

**21 U.S.C. § 841(a)(1)**
**(Possession with Intent to Distribute)**

That on or about May 10, 2012, in the District of Kansas, the defendant,

**PONCIANA MUNOZ-MERAZ,**

did intentionally and knowingly possess with intent to distribute fifty (50) grams and more

of a mixture and substance containing a detectable amount of methamphetamine, a controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWO

**21 U.S.C. § 841(a)(1)**
**(Distribute a Controlled Substance)**

That on or about May 10, 2012, in the District of Kansas, the defendant,

**PONCIANA MUNOZ-MERAZ,**

did intentionally and knowingly distribute a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE

**21 U.S.C. § 841(a)(1)**
**(Distribute a Controlled Substance)**

That on or about May 10, 2012, in the District of Kansas, the defendant,

**JUSTIN R. TROTTER,**

did intentionally and knowingly distribute a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOUR

### 18 U.S.C. §§ 922(n) and 924(a)(1)(D)
### (Person under indictment in possession of a firearm)

That on or about May 10, 2012, in the District of Kansas, the defendant,

### PONCIANO MUNOZ-MERAZ,

who was then under indictment for a crime punishable by imprisonment for a term exceeding one year did wilfully receive a firearm, to wit:

    1.    a Highpoint, .45 caliber model 4595, with scope, Serial Number R10043;

said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D) and 2.

## COUNT FIVE

### 18 U.S.C. §§ 922(n) and 924(a)(1)(D)
### (Person under indictment in possession of a firearm)

That on or about May 10, 2012, in the District of Kansas, the defendant,

### PONCIANO MUNOZ-MERAZ,

who was then under indictment for a crime punishable by imprisonment for a term exceeding one year did wilfully receive a firearm, to wit:

    1.    a Glock, model 30, .45acp handgun, Serial Number RDZ109;

said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D) and 2.

# A TRUE BILL

    May 24 , 2012                                  /s/   Foreperson  
DATE                                                 FOREPERSON OF THE GRAND JURY

 s/Barry R. Grissom  
BARRY R. GRISSOM  
United States Attorney  
District of Kansas  
1200 Epic Center, 301 N. Main  
Wichita, Kansas 67202  
(316) 269-6481  
Ks. S. Ct. No. 10866  
barry.grissom@usdoj.gov

**It is requested that the trial be held in Wichita, Kansas**

-4-