IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 12-10137-02-MLB |
| JUSTIN TROTTER, | ) ) ) |
| Defendant. | ) ) ) |

**MOTION FOR TO AUTHORIZE**
**DRUG AND ALCOHOL ASSESSMENT**

COMES NOW, the defendant, Justin Trotter, by and through his attorney, James R. Pratt and respectfully moves this court of an order authorizing Heartland Regional Alcohol and Drug Assessment Center (RADAC), to conduct a Drug and Alcohol evaluation of the defendant at the Corrections Corporation of America Detention Center (CCA) located at 100 Highway Terrace, Leavenworth, Kansas. In support of his motion Mr. Trotter states as follows:

1. Mr. Trotter is currently being held in pre-trial detention in the custody of the United States Marshal's Office at CCA in Leavenworth, Kansas.

2. Prior to Mr. Trotter's arrest and detention in this matter, he was a frequent user of, and addicted to methamphetamine.

1

3. During conversations with counsel Mr. Trotter has indicated both a need and a desire to enter into a drug treatment program. It is counsel's belief that an in-patient treatment program would be the most appropriate placement at this time.

4. Mr. Trotter is on disability for his medical condition: hemophilia, and would likely be eligible for Medicaid to assist him in securing placement in a treatment program. This would relieve the Federal Government, through the United States Probation Office from expending funds for Mr. Trotter's treatment.

5. However, before Medicaid funds could be expended for Mr. Trotter's treatment he must undergo a drug and alcohol evaluation from an approved assessment center. RADAC is such a center.

6. Counsel for Mr. Trotter has been in contact with AUSA Debra Barnett, and Ms. Barnett has no objection to this motion.

WHEREFORE, the defendant Justin Trotter prays that this Court issue and order consistent with this motion and any other relief this Court deems just and equitable.

RESPECTFULLY SUBMITTED,

s/ James R. Pratt
JAMES R. PRATT, #17716
322 S. Mosley Ste. 12
Wichita, Kansas 67202
Ph: (316) 262-2600
Fax: (316) 262-2602
Jim@JamesRPrattLaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to each counsel of record in this case.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none

                                              s/James R. Pratt
                                              JAMES R. PRATT #17716
                                              Attorney for Defendant
                                              322 S. Mosley Ste. 12
                                              Wichita, Kansas 67202
                                              Ph: (316) 262-2600
                                              Fax: (316) 262-2602
                                               Jim@JamesRPrattLaw.com