IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 12-1-137-02-MLB |
| JUSTIN TROTTER, | ) ) ) |
| Defendant. | ) ) |

**ORDER AUTHORIZING**
**DRUG AND ALCOHOL EVALUATION**

NOW ON THIS 19th day of June, 2012, the above-captioned matter comes on for hearing on the defendant's Motion to Authorize A Drug and Alcohol Evaluation. The defendant appears by and through his attorney, James R. Pratt. The government appears by and through AUSA Debra Barnett. There are no other appearances.

WHEREUPON, after hearing the statements of counsel, reviewing the file and being fully and duly advised in the premises, the Court finds that the defendant's motion should be and is hereby granted.

IT IS THEREFORE ORDERED, that Heartland Regional Alcohol and Drug Assessment Center (RADAC), is authorized to conduct a drug and alcohol evaluation of the defendant at the Correctional Corporation of America's Detention Facility in Leavenworth, Kansas.

IT IS SO ORDERED.

                                                s/ Monti Belot_____
                                                JUDGE OF THE DISTRICT COURT