## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

UNITED STATES     )
    Plaintiff,      )
    v.             )
                 )     Case No: 12-10137-02-MLB

JUSTIN TROTTER    )
    Defendant,     )
_____)

## MOTION FOR TEMPORARY RELEASE
## FROM CUSTODY

COMES NOW, the Defendant, Justin Trotter, by and through his attorney of record, James R. Pratt, and respectfully request this Court issue an order allowing his temporary release from the custody of the United States Marshals to attend the funeral of his brother. In support of this motion the defendant states as follows:

1. Mr. Trotter is currently being housed at CCA in Leavenworth, Kansas while in pre-trial custody of the United States Marshals.

2. On June 20, 2012 Mr. Trotter's younger brother Preston Trotter was killed in a motorcycle accident on I-135 in Wichita.

3. Mr. Trotter's family has planned the following services:

    a. Family viewing from 1:00 pm to 2:00 pm on Sunday June 24, 2012

    b. Public viewing from 2:00 pm to 8:00 pm on Sunday June 24, 2012

    c. Funeral Services at 2:00pm on Monday June 25, 2012.

4. Counsel is requesting that Mr. Trotter be released from Marshal's custody at 9:00 am on Sunday June 24, 2012, and returned to Marshal's custody no later than 12 noon on Tuesday June 26, 2012.

   a. Mr. Trotter is to be picked up and returned to CCA in Leavenworth, Kansas

      based on the above schedule by private vehicle.

5. Counsel for Mr. Trotter has spoken with AUSA Debra Barnett and Ms. Barnett

   has no objection to the above schedule, however, Ms. Barnett would ask that the

   following conditions be placed on Mr. Trotter:

   a. That during the time of his release he be under house arrest at his parents'

      residence, when not attending services for his brother.

   b. That he call and check in with pre-trial services before 12 noon on Monday

      June 25, 2012.

WHEREFORE, the Defendant, Justin Trotter requests an Order consistent with

this Motion and for such other relief as this court deems just and equitable.


                              s/ James R. Pratt
                              JAMES R. PRATT, #17716
                              445 N. Waco
                              Wichita, Kansas 67202
                              Ph: (316) 262-2600
                              Fax: (316) 262-2602
                              Jim@JamesRPrattLaw.com
                              Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 21, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to each counsel of record in this case.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none

s/James R. Pratt
JAMES R. PRATT #17716
Attorney for Defendant
445 N. Waco
Wichita, Kansas 67202
Ph: (316) 262-2600
Fax: (316) 262-2602
Jim@JamesRPrattLaw.com
