## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES )<br>    Plaintiff, )<br>    v. )<br>    )<br>JUSTIN TROTTER )<br>    Defendant, )<br>_____) | Case No: 12-10137-02-MLB |

### NUNC PRO TUNC
### ORDER FOR TEMPORARY RELEASE
### FROM CUSTODY

NOW ON THIS 22nd day of June 2012, the above-referenced matter comes on for hearing on the defendant's Motion for Temporary Release. The defendant appears by and through his attorney, James R. Pratt. The government appears by and through Assistant United States Attorney Debra Barnett. There are no other appearances.

WHEREUPON, after hearing the statements of counsel, reviewing the file and being fully and duly advised in the premises the court finds and orders that the defendant's motion should be and is hereby granted with the following conditions:

1. Mr. Trotter be released from Marshal's custody on Friday, June 22, 2012, and returned to Marshal's custody no later than 12 noon on Tuesday June 26, 2012.

    a. Mr. Trotter is to be picked up and returned to CCA in Leavenworth, Kansas based on the above schedule by private vehicle.

2. That during the time of his release he be under house arrest at his parents' residence, when not attending services for his brother.

3. That he call and check in with pre-trial services before 12 noon on Monday June 25, 2012.

IT IS SO ORDERED

                                                  <u>s/ Monti Belot</u>  
                                                  HONORABLE MONTI L. BELOT  
                                                  JUDGE OF THE DISTRICT COURT