IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-10137-02-MLB |
| ) | |
| JUSTIN TROTTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR CONTINUANCE**

COMES NOW the defendant, Justin Trotter by and through his attorney, James R. Pratt, and moves this Court for an order continuing the current deadlines for filing pre-trial motions for a period of 30 days, and the status conference presently scheduled for July 16, 2012, and the jury trial scheduled for July 24, 2012. This continuance is sought pursuant to the ends of justice provision of 18 U.S.C. §3161(h)(7)(A) and (B)(iv).

Mr. Trotter has been in engaged in plea negotiation with Assistant United States Attorney Debra Barnett. However. Mr. Trotter is being housed by the United States Marshals at CCA in Leavenworth, Kansas, and counsel for Mr. Trotter has not had an opportunity to travel to Leavenworth to fully review the discovery (including video and audio recordings), or the status of plea discussions. Due to counsel's current schedule he will not be able to travel to Leavenworth to see Mr. Trotter until after July 16, 2012, the

1

current date for the status conference in this case.

Therefore, counsel is requesting a continuance of the motions deadline, status conference and trial for a period of 30 days.

Counsel for the Government has been contacted and has no objection to the requested continuance.

Counsel for Mr. Trotter's co-defendant, Ponciano Muno-Meraz has been contacted and has no objection to the requested continuance.

Defendant further acknowledges and requests that, pursuant to 18 U.S.C. § 3161(h)(7)(A), any period of delay resulting from granting defendants' motion shall be excluded from speedy trial calculations if the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Defendant states further that the ends of justice would be served by granting defendants' request will allow him time to review the proposed plea agreement without the need to file possibly unnecessary pre-trial motions.

The ends of justice would be served by this continuance, and a failure to grant the continuance might deprive both parties of effective counsel who has had a reasonable time for competent and thorough trial preparation. 18 U.S.C. §3161(h)(7)(B)(iv).

WHEREFORE, the defendant moves this Court for an order consistent with this motion.

                    RESPECTFULLY SUBMITTED,

                    s/ James R. Pratt
                    JAMES R. PRATT, #17716
                    445 N. Waco
                    Wichita, Kansas 67202
                    Ph: (316) 262-2600
                    Fax: (316) 262-2602
                    Jim@JamesRPrattLaw.com
                    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 9th, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to each counsel of record in this case.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none

                    s/James R. Pratt
                    JAMES R. PRATT #17716
                    Attorney for Defendant
                    445 N. Waco
                    Wichita, Kansas 67202
                    Ph: (316) 262-2600
                    Fax: (316) 262-2602
                    Jim@JamesRPrattLaw.com