### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATE OF AMERICA )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>PONCIANO MUNOZ-MERAZ, )<br>JUSTIN TROTTER, )<br> )<br>    Defendants )<br> )<br>_____) | Case No. 12-10137-01, 02 |

### ORDER FOR CONTINUANCE

NOW ON this 12th day of July, 2012, the above matter comes before the Court upon the motion of the defendant, Justin Trotter, for a continuance of the deadline for filing pre-trial motions for a period of 30 days, and the status conference/plea hearing presently scheduled for July 16, 2012, at 1:30 p.m., and the jury trial scheduled for July 24, 2012, at 9:00 a.m., to a later date to be determined by the Court.

Defendant Justin Trotter appears by and through his attorney, James R. Pratt; Defendant Ponciano Muno-Meraz appears by and through his attorney Charles O'Hara; and the United States appears by and through its attorney Debra Barnett, Assistant U.S. Attorney.

The Court, after reviewing the motion and being fully advised in the premises, finds that due to Mr. Trotter's current placement at CCA in Leavenworth, Kansas counsel needs additional time to meet with Mr. Trotter to discuss and review discovery and plea

negotiations. Counsel for the Government, and counsel for Mr. Muno-Meraz have no objection to said motion.

The Court further finds that the period of delay resulting from the continuance granted pursuant to this order shall be excludable time as provided for in 18 U.S.C. § 3161(h)(7) in that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS THEREFORE ORDERED, that the deadline for filing pre-trial motions be continued for a period of 30 days, until August 12, 2012, the status conference/plea hearing is scheduled for August 27, 2012 at 11:15 a.m. and the jury trial is continued to September 4, 2012 at 9:00 a.m.

**IT IS SO ORDERED.**

                                                s/ Monti Belot_____
                                                HONORABLE MONTI L. BELOT
                                                UNITED STATES DISTRICT COURT JUDGE