IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 12-CR-10137-02-MLB |
| | ) | |
| JUSTIN R. TROTTER, | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR REVOCATION OR AMENDMENT
## OF MAGISTRATE JUDGE'S DETENTION ORDER

COMES NOW the Defendant, Justin Trotter, by and through his attorney of record,

James R. Pratt, and, pursuant to 18 U.S.C. § 3145(b), hereby moves the United States

District Court for revocation or amendment of the Order entered by United States

Magistrate Judge Kenneth Gale on or about May 17, 2012, ordering that the Defendant be

detained without bond. (Doc. 12).  This Order of Magistrate Judge Gale violates the terms

of 18 U.S.C. §3141 et seq., and the Eighth Amendment to the United States Constitution.

WHEREFORE, Justin Trotter prays of this Court an order revoking the

Magistrate Judge's detention order; releasing Justin Trotter pending trial under the least

restrictive conditions necessary to reasonably assure his appearance and the

community's safety; and for such other and further relief as to the Court seems just.  The

defendant respectfully requests a hearing and oral argument on this motion.

RESPECTFULLY SUBMITTED BY:

/S JAMES R. PRATT
JAMES R. PRATT #17716
445 N. Waco
Wichita, Kansas 67202
(316)-262-2600
Fax: (316)-262-2606
Jim@JamesRPrattLaw.com

CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to each counsel of record in this case.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  none

/S JAMES R. PRATT
JAMES R. PRATT #17716
445 N. Waco
Wichita, Kansas 67202
(316)-262-2600
Fax: (316)-262-2606
Jim@JamesRPrattLaw.com

2